WILLIAM D. STIGER, Appellant, v. VILLAGE OF HEWLETT BAY PARK et al., Respondents.—

In our opinion, this is not an action at law "for a nuisance" within the meaning of section 425 of the Civil Practice Act but is an action in equity for an injunction. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.